UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| OFFICINE TECNOSIDER SRL,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>NUCOR CORPORATION,<br><br>*Defendant-Intervenor.* | Before: Stephen Alexander Vaden,<br>Judge<br><br>Court No. 1:23-cv-00001 |

## ORDER

In its Response to Plaintiff's Motion for Judgment on the Agency Record (Pl.'s Mot.), Defendant, the Department or Commerce, has requested a remand to "reconsider its determination regarding whether the application of the quarterly cost methodology is appropriate and, if appropriate, revise the dumping margin calculation" for Plaintiff Officine Tecnosider STL (OTS). Def.'s Motion for Voluntary Remand at 2, ECF No. 26. Plaintiff consents to Defendant's request and Defendant-Intervenor Nucor Group "takes no position on the motion." *Id.* For the reasons outlined below, Commerce's request for voluntary remand is **GRANTED.**

## STANDARD OF REVIEW

An agency may request a remand "even if there are no intervening events…(without confessing error) in order to reconsider its previous position." *SKF*

*USA Inc. v. United States*, 254 F.3d 1022, 1028 (Fed. Cir. 2001). In such a case, "the reviewing court has discretion over whether to remand." *Id.* However, "if the agency's concern is substantial and legitimate, a remand is usually appropriate." *Id.* The Court is "free, within reasonable limits, to set the parameters of the remand." *Trent Tube Div., Crucible Materials Corp. v. Avesta Sandvik Tube AB*, 975 F.2d 807, 814 (Fed. Cir. 1992).

## ANALYSIS

The present circumstances justify a remand. With no indication on the record that Commerce analyzed the "only significant direct material input that OTS submitted," its request for an opportunity to review that submission is a "substantial and legitimate" ground for remand. Def.'s Motion for Voluntary Remand at 5, ECF No. 26.

The Court therefore **GRANTS** remand for up to 120 days. At or before the conclusion of 120 days, Commerce shall file its remand redetermination;

It is also **ORDERED** that, within 14 days of the filing of the remand redetermination, Commerce shall supplement the administrative record with all documents not already included that Commerce considered in reaching its remand results; and it is further

**ORDERED** that Plaintiff shall have 21 days from the filing of the remand results to file its brief, which shall not exceed 14,000 words; and

**ORDERED** that Defendant shall have 60 days from the date of Plaintiff's filing to submit a response, which shall not exceed 14,000 words; and

**ORDERED** that Defendant-Intervenor shall have 21 days from the date of Defendant's filling to submit its response, which shall not exceed 10,000 words; and

**ORDERED** that Plaintiff shall have 14 days from the date that Defendant-Intervenor submits its response to file its reply, which shall not exceed 7,000 words.

It is also **ORDERED** that Plaintiff shall file a Joint Appendix 14 days after the filing of its reply brief. Motions for Oral Argument, if any, will be due 21 days after the filing of Plaintiff's reply brief.

**SO ORDERED.**

_____
Judge Stephen Alexander Vaden

Dated: May 15, 2023
New York, New York