

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

September 3, 2025

Daniel J. Cannistra, Esq.
Pierce Jungwoon Lee, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW.
Washington, DC 20004-2595
　Email:　　dcannistra@crowell.com
　　　　　　plee@crowell.com

Augustus J. Golden, Esq.
U.S. Department of Justice
National Courts Section
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
　Email:　　augustus.j.golden@usdoj.gov

Mykhaylo Alexander Gryzlov, Esq.
Paul Henry Thornton, III, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW.
Room 3614
Washington, DC 20230-0001
　Email:　　mykhaylo.gryzlov@trade.gov
　　　　　　paul.thornton@trade.gov

Case 1:23-cv-00001-CRK   Document 74   Filed 09/03/25   Page 2 of 2

Court No. 23-00001 Page **2** of **2**

Alan Hayden Price, Esq.
Christopher Bright Weld, Esq.
Jeffrey Owen Frank, Esq.
Stephanie Manaker Bell, Esq.
Stephen A. Morrison, Esq.
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036
Email:      aprice@wiley.law
            cweld@wiley.law
            jfrank@wiley.law
            sbell@wiley.law
            wileytrade@wiley.law

    Re:    *Officine Tecnosider Srl v. United States*
             Court No. 23-00001

Dear Counsel:

    It is my intention to issue a public version of the Opinion in the above-captioned proceeding on or shortly after Wednesday, September 10, 2025. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Tuesday, September 9, 2025 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

                                                          Sincerely,

                                                           /s/ Claire R. Kelly
                                                           Claire R. Kelly, Judge